*Monday, March 30, 1998*

## MERIT DOCKET

**98–551. State ex rel. Wawrzyniak v. Watson.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of mandamus be, and hereby is, denied, and this cause is dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**97–2637. State ex rel. Montgomery v. Indus. Comm.**
Franklin App. No. 96APD12–1749. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Whereas appellant has filed a supplement to the briefs that does not include the proof of service required by S.Ct.Prac.R. XIV(2)(C),

IT IS ORDERED by the court, *sua sponte*, that appellant's supplement to the briefs be, and hereby is, stricken.

**98–30. MCI Telecommunications Corp. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–336–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of AT & T Communications of Ohio, Inc. to withdraw its request for an extension of time,

IT IS ORDERED by the court that the motion to withdraw request for extension of time be, and hereby is, granted.

**98–147. State v. O'Neal.**
Hamilton App. No. C–960392. This cause is a death penalty appeal from the Court of Appeals for Hamilton County. Pursuant to S.Ct.Prac.R. VI(1), appellant's brief was due March 16, 1998.

IT IS ORDERED by the court, *sua sponte*, that appellant show cause, within twenty days of the date of this entry, why this cause should not be dismissed for want of prosecution.

## RECONSIDERATION DOCKET

**97–1753. Disciplinary Counsel v. Zingarelli.**
Reported at 81 Ohio St.3d 86, 689 N.E.2d 545. This cause came on for further consideration upon respondent's motion for reconsideration and motion for stay. Upon consideration thereof,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**98–508. State v. Parks.**
Franklin App. No. 97APA06–788. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Whereas appellant has filed a memorandum in support of jurisdiction that exceeds the page limit prescribed by S.Ct.Prac.R. III(1)(C),

IT IS ORDERED by the court, *sua sponte*, that the memorandum in support of jurisdiction be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.